# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEREMY BROUWER and DAVID MARTINEZ,**<br><br>    **Plaintiffs**,<br><br>  v.<br><br>**CITY OF MANTECA, et al.,**<br><br>    **Defendant**s. | 1:07-CV-1362 AWI DLB<br><br>ORDER VACATING HEARING DATE OF JULY 14, 2008 AND TAKING MATTER UNDER SUBMISSION |

  Defendants have noticed for hearing and decision a motion to dismiss and to strike. The matter was scheduled for hearing to be held on July 14, 2008. Pursuant to Local Rule 78-230(c), Plaintiff was required to file either an opposition or a notice of non-opposition no later than June 30, 2008. Plaintiffs failed to do so. Due to Plaintiffs' failure to file a timely opposition or notice of non-opposition, they are in violation of the Local Rules. See 78-230(c). Plaintiffs are further not entitled to be heard at oral argument in opposition to the motion. See 78-230(c). The court has reviewed Defendants' motion and the applicable law, and has determined that the motion is suitable for decision without oral argument. See Local Rule 78-230(h).

  Therefore, IT IS HEREBY ORDERED that the previously set hearing date of July 14, 2008, is VACATED, and no party shall appear at that time. As of July 14, 2008, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:** **July 7, 2008**      /s/ **Anthony W. Ishii**
                 CHIEF UNITED STATES DISTRICT JUDGE