# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY BROUWER, et al., | ORDER TO TRANSFER ACTION TO SACRAMENTO DIVISION |
| Plaintiffs, | |
| | CASE NO. 1:07cv1362 AWI DLB |
| vs. | |
| CITY OF MANTECA, et al., | |
| Defendants. | |

Proper venue of this action appears to be within the Sacramento division of this Court. Accordingly, this Court ORDERS that this action be transferred to the United States District Court for the Eastern District of California, Sacramento Division.

IT IS SO ORDERED.

Dated: **September 2, 2008**         **/s/ Dennis L. Beck**
                                     UNITED STATES MAGISTRATE JUDGE

1